**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7494**

JAMES EDWARD CHANNELL,

Petitioner - Appellant,

v.

ERIC WILSON, Warden, FCC Petersburg Correctional Institution,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:17-cv-00148-AJT-TCB)

Submitted: February 15, 2018                     Decided: February 20, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Channell, Appellant Pro Se. R. Trent McCotter, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this 28 U.S.C. § 2241 (2012) proceeding, James Edward Channell appeals the district court's order granting Respondent's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Channell v. Wilson*, No. 1:17-cv-00148-AJT-TCB (E.D. Va. Oct. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*